BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 2672 |

SUPPLEMENTAL INFORMATION RE: NOTICE OF APPEARANCE
BY DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.
IN ALL ACTIONS

Defendant Volkswagen Group of America, Inc. ("VWGoA") hereby submits this supplement to its Notice of Appearance dated October 8, 2015, ECF Docket No. 150. This Supplement is filed, in all actions, in accordance with Rule 4.1(c) of the Rules of United States Judicial Panel on Multidistrict Litigation (the "Panel"), in order to reduce repetitive filings in this proceeding.

The undersigned attorney, Jeffrey L. Chase, appears as counsel for defendant VWGoA in all actions and related actions currently before the Panel in this proceeding and in all future related actions and tag-along actions.

The undersigned counsel is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Panel on behalf of the defendant VWGoA., and is aware that only one attorney can be designated for each party.

Dated: October 28, 2015

Respectfully Submitted:

**HERZFELD & RUBIN, P.C.**
*Attorneys for Defendant Volkswagen Group of America, Inc. in all actions.*

BY   /s/ Jeffrey L. Chase

Jeffrey L. Chase
125 Broad Street
New York, New York 10004
T: 212-471-8500
f: 212-344-3333
jchase@herzfeld-rubin.com