UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| APRIL SIMS, individually and as the representative of all persons similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, AUDI of AMERICA, Inc., AUDI AG, and VOLKSWAGEN AG;<br><br>Defendants. | NO. 3:15-cv-05692-RBL<br><br><br><br><br><br><br><br>**JOINT MOTION FOR TRANSFER AND COORDINATION OF ACTIONS IN FIRST FILED COURT AND MOTION FOR APPOINTMENT AS INTERIM CO-LEAD COUNSEL** |
| JAMES CHANNELL, et al., individually and as the representative of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | NO. 2:15-cv-01611-RAJ |

STEPHEN M. HANSEN, P.S.
1821 DOCK STREET, SUITE 103
TACOMA WA 98402
(253) 302-5955; (253) 301-1147 FAX

COMES NOW, April Sims, Plaintiff in the above-entitled matter, who jointly moves the Court, as the first-filed court, to order transfer of the related *Channell* case for coordination of proceedings in this Court pending a determination by the Judicial Panel on Multidistrict Litigation whether to transfer all related litigation to a single court for pretrial proceedings. Transfer of the related *Channell* case may be made to the Court pursuant to LCR 42(a). Plaintiffs' counsel also jointly ask that three of them be designated as interim class counsel.

### I.   *Transfer and Coordination is Appropriate*

The *Sims* case was filed on September 25, 2015, and the *Channell* case was filed on October 8, 2015. Defendants in *Sims* have been served, and Sims' counsel has been in contact with defendants' counsel, who has asked for and obtained additional time from Ms. Sims to respond to her lawsuit. Discovery has not occurred in either case so far.

The parties to the related actions seek *coordination* but not consolidation of their cases, because the first-filed *Sims* action seeks certification of a Washington-only class, while the second-filed *Channell* action seeks certification of a nationwide class.

The cases will benefit from coordination in a single court, as they pursue similar claims against the same defendant related to the same property, transaction, or event. It appears likely that there will be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases are conducted before different judges.

Pursuant to LCR 42(b), counsel for Ms. Sims have conferred with Mr. Cochran, counsel for the *Channell* plaintiffs, and with counsel for defendants, John Knox. Plaintiffs' counsel have agreed to ask the Court jointly to order these related actions coordinated in this Court. Counsel for defendants has not yet responded to Ms. Sims' request for defendants' position on transfer

and coordination of the *Channell* action to this Court or on the Motion for Appointment of Interim Co-Lead Class Counsel.  However, Ms. Sims notes that defendants generally have no basis to object to transfer other than that the transferor court lacked personal jurisdiction or was an improper venue.  See *Jurisdiction and Power of the Transferee Court*, 15 Fed. Prac. & Proc. Juris. § 3866 nn. 25 & 26 (4th ed.) (discussing transfer in context of MDL and 28 U.S.C.A. § 1407).  Because of the need to act promptly, Ms. Sims' counsel has not been able to agree to defendants' request for a stay of proceedings pending action by the JPMDL.

II.     *Designation of Interim Class Counsel is Appropriate.*

Counsel for plaintiffs in these two related "Clean" diesel actions also ask the Court to designate some of them as interim co-lead class counsel pursuant to Rule 23(g)(3) to act on behalf of the putative classes before determining whether to certify the action as a class action.  Specifically, Debra Brewer Hayes and Scott Nealey of the *Sims* case and Darrell L. Cochran of the *Channell* case ask to be designated as Interim Co-Lead Class Counsel to protect the rights of the putative class until such time as the Court may decide whether class treatment is appropriate and formally appoint class counsel.

Grounds for coordination and appointment of interim counsel are that the rights of plaintiffs and absent class members will be affected unless immediate relief is sought from the Court.  Specifically, counsel for Ms. Sims have become aware that some class members have financed the purchase of the TDI "Clean" diesel vehicles that are the subject of the alleged fraud in these cases.  By continuing to make payments on vehicles purchased under fraudulent circumstances, these plaintiffs may waive their contractual remedies.

Similarly, putative class members who are leasing the affected TDI vehicles may have a right to terminate their leases for fraud that may be waived if not promptly asserted. Finally, it is imperative that Interim Co-Lead Class Counsel address the Defendants' anticipated Motion to Stay in light of the tremendous activity that is occurring across the nation to protect Class Members' rights.

Simply, the putative class requires representation currently and cannot wait for the Judicial Panel on Multidistrict Litigation to act. Responses are due October 20, 2015, on the three pending motions to transfer. However, the JPMDL is not set to meet until December 3, 2015, which will be its first opportunity to hear arguments on transfer.

Coordination at this time of the two "Clean" diesel class actions pending in this district will allow plaintiffs' counsel to work together to protect class members without doubling their efforts and requiring the attention of two courts.

The appointment of Interim Co-Lead Class Counsel is consistent with well-established procedures and authority concerning complex civil matters, such as this case, and will assist to streamline prosecution of this litigation, eliminate unnecessary costs and delays, expedite the proceedings and result in the best resolution for the proposed Classes. *See* FRCP 23 ("Rule 23"), *Manual for Complex Litigation* (Fourth Ed.), §§ 10.221, 10.22.

Judicial economy, efficiency and justice will be best served by the Court approving the proposed appointment of Interim Co-Lead Class Counsel, which will allow the Court to deal with a manageable structure and law firms that possess the collective knowledge, experience and resources necessary to "quarterback" this case effectively through the legal complexities that are common to this type of action and to this case specifically.

Plaintiffs do not believe that any additional formalized structure beyond the appointment of Interim Co-Lead Class Counsel is required. Proposed Interim Co-Lead Class Counsel intend to work closely and cooperatively with the other attorneys representing classes.

Ms. Hayes, Mr. Nealey and Mr. Cochran meet all the criteria necessary for appointment as Interim Co-Lead Class Counsel, and they will vigilantly fight to protect the interests of the proposed classes. *See* Firm Resumes, Exhibits "A," "B" and "C" attached. Each is experienced in consumer class actions generally and each has significant experience in the investigation and prosecution of these types of cases in particular. Each is highly regarded in his or her practice areas and has significant experience in serving in Multidistrict Litigation cases and as lead and co-lead counsel in class actions and complex litigation nationwide. The designation of Ms. Hayes, Mr. Nealey and Mr. Cochran as Interim Co-Lead Class Counsel will ensure the continued, efficient and orderly prosecution of these "Clean" Diesel cases and will secure the best possible representation for the Classes.

### III.　CONCLUSION

For the foregoing reasons, Plaintiffs in the *Sims* and *Channell* actions, respectfully request that the Court order coordination and issue further orders as requested herein.

RESPECTFULLY SUBMITTED this 19th day of October, 2015.

    Law Offices of STEPHEN M. HANSEN, P.S.

    s/ Stephen M. Hansen

    _____
    STEPHEN M. HANSEN, WSBA # 15642
    Of Attorneys for Plaintiff

    Debra Brewer Hayes, Of Counsel
    (Pro Hac Vice to be applied for)
    Charles Clinton Hunter

The Hayes Law Firm, P.C.
700 Rockmead, Suite 210
Houston, Texas 77339
Phone: 281-815-4963
Fax: 832-575-4759
dhayes@dhayeslaw.com
chunter@dhayeslaw.com

Scott P. Nealey
(Pro Hac Vice to be applied for)
Law Office of Scott P. Nealey
71 Stevenson Street, Suite 400
San Francisco, CA 94015
Telephone: (415) 231-5311
Facsimile: (415) 231-5313
snealey@nealeylaw.com

**AGREED AND JOINED:**

**PFAU COCHRAN VERTETIS AMALA PLLC (TACOMA)**

s/ Darrell L. Cochran

_____
Darrell L Cochran
PFAU COCHRAN VERTETIS AMALA PLLC (TACOMA)
911 PACIFIC AVE
STE 200
TACOMA, WA 98402
253-777-0799
Email: darrell@pcvalaw.com